## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

|  |  |  |
|---|---|---|
| DEAN DENNIS, et al., | : | Case No. 1:19-cv-386 |
|  | : |  |
| Plaintiffs, | : | Judge Matthew W. McFarland |
|  | : |  |
| vs. | : |  |
|  | : |  |
| OHIO STATE TEACHERS | : |  |
| RETIREMENT BOARD, et al., | : |  |
|  | : |  |
| Defendants. | : |  |

---

## DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION
## (DOC. 32) AND DENYING MOTION TO DISMISS (DOC. 10) AS MOOT

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 32), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **DENIES** Defendant's Motion to Dismiss (Doc. 10) as moot.

**IT IS SO ORDERED**.

By: _____

MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE