# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| DEAN DENNIS, *et al.*, <br> *Plaintiffs* <br> v. <br> STATE TEACHERS RETIREMENT BOARD, *et al.*, <br> *Defendants* | Civil Action No. 1:19-cv-386 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Report and Recommendation (Doc. 37) is ADOPTED, as expanded upon here; Defendants' motions to dismiss (Docs. 22, 24) are GRANTED; Plaintiffs' claims against the STRB are DISMISSED without prejudice; Plaintiffs' claims against the Individual Defendants in their individual capacities are DISMISSED with prejudice; and this case is TERMINATED upon the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black, United States District Judge on motions for Report and Recommendation (Doc. 37) and motions to dismiss (Docs. 22, 24).

Date: 8/17/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*